Karl J. Kramer (Bar No. 136433)
Colette R. Verkuil (Bar No. 263630)
Diana Luo (Bar No. 233712)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
KKramer@mofo.com
CVerkuil@mofo.com
DLuo@mofo.com

Hector G. Gallegos (Bar No. 175137)
Alex S. Yap (Bar No. 241400)
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, California 90013-1024
Telephone: 213.892.5200
Facsimile: 213.892.5454
HGallegos@mofo.com
AYap@mofo.com

Alison M. Tucher (Bar No. 171363)
Richard S.J. Hung (Bar No. 197425)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
ATucher@mofo.com
RHung@mofo.com

Attorneys for Plaintiff
Altera Corporation

Ron E. Shulman (Bar No. 178263)
Matthew Rawlinson (Bar No. 231890)
Lisa K. Nguyen (Bar No. 244280)
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
ron.shulman@lw.com
matt.rawlinson@lw.com
lisa.nguyen@lw.com

Julie M. Holloway (Bar No. 196942)
James L. Day (Bar No. 197158)
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
julie.holloway@lw.com
jim.day@lw.com

Attorneys for Defendants
LSI Corporation and Agere Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALTERA CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>LSI CORPORATION AND AGERE SYSTEMS, INC.<br><br>Defendants. | CASE NO. CV 11-03139-CW<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

Court Processes:
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
- ☐ Mediation (ADR L.R. 6)

Private Process:
- ☑ Private ADR: The parties have agreed to participate in a private mediation process. The parties will confer regarding the details of the private mediation, including the selection of a mutually acceptable private mediator.

The parties agree to hold the ADR session by:
- ☐ the presumptive deadline (The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)
- ☑ other requested deadline: 120 days from the date of this Stipulation.

Dated: September 13, 2011        LATHAM & WATKINS LLP

                                 _____/s/_____
                                 Matthew Rawlinson (Bar No. 231890)

                                 ATTORNEYS FOR DEFENDANT LSI
                                 CORPORATION AND AGERE SYSTEMS, INC.

Dated: September 13, 2011        MORRISON & FOERSTER LLP

                                 _____/s/_____
                                 Karl J. Kramer (Bar No. 136433)

                                 ATTORNEYS FOR PLAINTIFF ALTERA CORP

## ATTESTATION CLAUSE

I, Matthew Rawlinson, hereby attest in accordance with General Order No. 45.X(B) that Karl J. Kramer, counsel for Plaintiff Altera Corporation, has provided his concurrence with the electronic filing of the foregoing document entitled STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS.

Dated: September 13, 2011

By: _____/s/_____
Matthew Rawlinson

# [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☐ Mediation
- ☑ Private ADR

Deadline for ADR session
- ☐ 90 days from the date of this order.
- ☑ other: 120 days from the date of the Stipulation above.

IT IS SO ORDERED.

Dated: 9/15/2011

*[signature]*

THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE