IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALTERA CORPORATION,

    Plaintiff,

v.

LSI CORPORATION, et al.,

    Defendants.
_____/

No. C 11-03139 CW

ORDER OF
REFERENCE TO
MAGISTRATE JUDGE

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the motion to strike, preclude supplementation of, or compel full and complete supplementation of Defendants' infringement contentions, motion to shorten time for briefing and hearing of motion regarding Defendants' infringement contentions, and **all further discovery motions** filed in the above-captioned case are referred to a Magistrate Judge.  Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 11/7/2011

                                    CLAUDIA WILKEN
                                    United States District Judge

cc:  MagRef; Assigned M/J w/mo.