United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTERA CORPORATION, | No. C-11-03139-CW (DMR) |
| Plaintiff(s), | **ORDER RE THE PARTIES' JOINT LETTER OF NOVEMBER 17, 2011** |
| v. | |
| LSI CORPORATION ET AL., | |
| Defendant(s). | |

The court is in receipt of the parties' joint letter of November 17, 2011. [Docket No. 48.] In accordance with the parties' stipulation, the court hereby orders that the parties shall submit a joint discovery letter no later than December 5, 2011.

IT IS SO ORDERED.

Dated: November 18, 2011

GRANTED
Judge Donna M. Ryu

DONNA M. RYU
United States Magistrate Judge