| | |
|---|---|
| KARL J. KRAMER (CA SBN 136433) | Ron E. Shulman (Bar No. 178263) |
| KKramer@mofo.com | ron.shulman@lw.com |
| COLETTE R. VERKUIL (CA SBN 263630) | Matthew Rawlinson (Bar No. 231890) |
| CVerkuil@mofo.com | matt.rawlinson@lw.com |
| DIANA LUO (CA SBN 233712) | Lisa K. Nguyen (Bar No. 244280) |
| DLuo@mofo.com | lisa.nguyen@lw.com |
| MORRISON & FOERSTER LLP | LATHAM & WATKINS LLP |
| 755 Page Mill Road | 140 Scott Drive |
| Palo Alto, California 94304-1018 | Menlo Park, California 94025 |
| Telephone: 650.813.5600 | Telephone: (650) 328-4600 |
| Facsimile: 650.494.0792 | Facsimile: (650) 463-2600 |
| | |
| HECTOR G. GALLEGOS (CA SBN 175137) | Julie M. Holloway (Bar No. 196942) |
| HGallegos@mofo.com | julie.holloway@lw.com |
| ALEX S. YAP (CA SBN 241400) | James L. Day (Bar No. 197158) |
| AYap@mofo.com | jim.day@lw.com |
| MORRISON & FOERSTER LLP | LATHAM & WATKINS LLP |
| 555 West Fifth Street | 505 Montgomery Street |
| Los Angeles, California 90013-1024 | Suite 2000 |
| Telephone: 213.892.5200 | San Francisco CA 94111 |
| Facsimile: 213.892.5454 | Telephone: (415) 391-0600 |
| | Facsimile: (415) 395-8095 |
| ALISON M. TUCHER (CA SBN 171363) | |
| ATucher@mofo.com | Attorneys for Defendants |
| RICHARD S.J. HUNG (CA SBN 197425) | LSI CORPORATION and AGERE |
| RHung@mofo.com | SYSTEMS, INC. |
| MORRISON & FOERSTER LLP | |
| 425 Market Street | |
| San Francisco, California 94105-2482 | |
| Telephone: 415.268.7000 | |
| Facsimile: 415.268.7522 | |

Attorneys for Plaintiff
ALTERA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALTERA CORPORATION, | Case No. CV 11-03139 CW |
| Plaintiff and Counterclaim-Defendant, | **STIPULATED REQUEST FOR ORDER CHANGING TIME** |
| v. | |
| LSI CORPORATION AND AGERE SYSTEMS, INC. | Judge: Hon. Claudia Wilken |
| Defendants and Counterclaim-Plaintiffs. | |

STIPULATED REQUEST FOR ORDER CHANGING TIME
CV 11-03139 CW

Plaintiff Altera Corporation ("Altera") and Defendants LSI Corporation and Agere Systems, Inc. (collectively, "LSI"), by and through their respective counsel of record, hereby stipulate to change time pursuant to Local Rule 6-2.

**A.     Reasons for the Enlargement Of Time**

On November 3, 2011, Altera filed a motion (ECF No. 39) challenging the sufficiency of LSI's Patent Local Rule 3-1 infringement contentions. The parties have reached an agreement that should resolve the issue without further assistance of the Court. As part of the agreement, the parties have agreed to extend certain due dates under the Patent Local Rules by approximately two weeks. No other dates in the schedule will be affected by the proposed adjustments to the schedule.

**B.     Effect the Requested Time Modification Will Have on Schedule**

The requested modifications are as follows:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Last day to file and serve amendments to the pleadings | 12/16/2011 | *no change* |
| Last day to serve Invalidity Contentions and produce documents (Patent L.R. 3-3, 3-4) | 12/2/2011 | 12/19/2011 |
| Last day for parties to exchange Proposed Terms for Construction (Patent L.R. 4-1) | 12/16/2011 | 1/6/2012 |
| Last day to add additional claims | 12/16/2011 | *no change* |
| Last day for parties to exchange Preliminary Claim Constructions and Extrinsic Evidence (Patent L.R. 4-2) | 1/06/2012 | 1/23/2012 |
| Last day for parties to file Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3) | 1/31/2012 | 2/14/2012 |
| Last day to complete private mediation | 2/1/2012 | *no change* |
| Last day to complete Claim Construction discovery (Patent L.R. 4-4) | 3/1/2012 | 3/14/2012 |
| Last day to file Case Management Conference Statement | 3/14/2012 | *no change* |

| Event | Current Date | Proposed Date |
|---|---|---|
| Follow-up Case Management Conference | 3/21/2012 | *no change* |
| Last day to complete fact discovery | 9/28/2012 | *no change* |
| Last day to file Altera's Motions for Summary Judgment on Issues on Which Altera Bears the Burden of Proof and Opening Claim Construction Brief on Altera's Patents (one brief) | 10/18/2012 | *no change* |
| Last day to file Disclosure of Experts and serve Opening Experts | 10/19/12 | *no change* |
| Last day to file LSI's Motions for Summary Judgment on Issues on Which LSI Bears the Burden of Proof, Oppositions to Altera's Motions for Summary Judgment, and Opening Claim Construction Brief on LSI Patents and Opposing Claim Construction Brief on Altera's Patents (one brief) | 11/1/2012 | *no change* |
| Last day to file Altera's Reply Brief in Support of Altera's Motions for Summary Judgment and Opening Claim Construction on Altera Patents, and Opposition to LSI's Motions for Summary Judgment and LSI's Opening Claim Construction Brief on LSI's Patents (one brief) | 11/15/2012 | *no change* |
| Last day to serve Rebuttal Experts | 11/19/12 | *no change* |
| Last day to file LSI's Reply Brief in Support of LSI's Motions for Summary Judgment and Opening Claim Construction on LSI's Patents | 12/6/2012 | *no change* |
| Last day to file Case Management Conference Statement | 1/03/2013 | *no change* |
| Follow-up Case Management Conference | 1/10/2013 | *no change* |
| Hearing On Motions for Summary Judgment and Claim Construction | 1/10/2013 at 2:00 P.M. | *no change* |
| Last day to complete expert discovery | 1/10/2013 | *no change* |

3   STIPULATED REQUEST FOR ORDER CHANGING TIME
CV 11-03139 CW

**IT IS SO STIPULATED.**

Dated: November 17, 2011                    MORRISON & FOERSTER LLP

                                            By:  /s/ Karl J. Kramer
                                                 Karl J. Kramer

                                            Attorneys for Plaintiff and
                                            Counterclaim-Defendant
                                            ALTERA CORPORATION

Dated: November 17, 2011                    LATHAM & WATKINS LLP

                                            By:  /s/ James L. Day
                                                 James L. Day

                                            Attorneys for Defendants and
                                            Counterclaim-Plaintiffs
                                            LSI CORPORATION and AGERE
                                            SYSTEMS, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __November 21__, 2011

                                            _____
                                            The Honorable Claudia Wilken
                                            United States District Judge

**GENERAL ORDER 45 ATTESTATION**

I, James L. Day, am the ECF User whose ID and password are being used to file the Stipulation Regarding Case Management Schedule.  In compliance with General Order 45, X.B., I hereby attest that Karl J. Kramer has concurred in this filing.

Dated:  November 17, 2011

/s/ *James L. Day*
James L. Day